UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-01984-ODW(ASx) | Date | June 30, 2015 |
|---|---|---|---|
| Title | City of Los Angeles v. Time Warner Cable Inc et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**     **MINUTES (IN CHAMBERS)**

    Counsel are notified, ALL currently set hearing dates are vacated. Counsel are ordered to work diligently to a possible resolution.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | se |